1  Dan Stormer, Esq. [S.B. #101967]
   Cindy Pánuco, Esq. [S.B. #266921]
2  Caitlan McLoon, Esq. [S.B. #302798]
   HADSELL STORMER & RENICK LLP
3  128 N. Fair Oaks Avenue
   Pasadena, California 91103
4  Tel: (626) 585-9600/Fax: (626) 577-7079
   Emails: dstormer@hadsellstormer.com
5          cpanuco@hadsellstormer.com
           cmcloon@hadsellstormer.com
6
   C. Joe Sayas, Jr., Esq. [S.B. #122397]
7  Karl P. Evangelista, Esq. [S.B. #250685]
   LAW OFFICES OF C. JOE SAYAS, JR.
8  500 N. Brand Blvd., Suite 980
   Glendale, California 91203
9  Tel: (818) 291-0088/Fax: (818) 240-9955
   Emails:  cjs@joesayaslaw.com
10          kpe@joesayaslaw.com

11 Attorneys for Plaintiffs

12 Howard Russell, Esq. [S.B. #163595]
   Nicholas Masero, Esq. [S.B. #302989]
13 Office of the Long Beach City Attorney
   333 West Ocean Blvd., 11th Floor
14 Long Beach, California 90802
   Tel: (562) 570-2200/Fax: (562) 436-1579
15 Email:  Howard.Russell@longbeach.gov
           nicholas.masero@longbeach.gov
16
   Attorneys for Defendant Vuong Nguyen
17

[Counsel for Defendants continued on next page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHANLY SAYCON, JR., and ANNA LUZ SAYCON, individually and as surviving heirs and successors in interest of MHARLOUN SAYCON (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LONG BEACH, ROBERT LUNA, VUONG NGUYEN, and ROBERT CRUZ,<br><br>Defendants. | Case No.:  2:16-cv-05614 JFW (ASx)<br><br>[Assigned to the Honorable John F. Walter - Courtroom 7A]<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION**<br><br>Complaint filed:    July 28, 2016<br>Trial Date:         November 28, 2017 |

JT STIP DISMISS ENTIRE ACTION

[Counsel for Defendants continued from first page]

Peter Ferguson, Esq.
Allen Christiansen, Esq.
FERGUSON, PRAET & SHERMAN, APC.
1631 E. 18th Street
Santa Ana, California 92705
Tel: (714) 953-5300/Fax: (714) 953-1143
emails:  PeterFerg@aol.com
            achristiansen@law4cops.com

Attorneys for Vuong Nguyen

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on November 15, 2017, the parties to this action notified the Court that they had reached a contingent settlement;

WHEREAS, on November 17, 2017, the Court ordered the parties to file a Notice of Dismissal by February 13, 2018;

WHEREAS, the parties appeared in Court on February 23, 2018, for a Case Management Conference re: Settlement, and the Court ordered a further Case Management Conference for March 16, 2018 (ECF No. 224);

WHEREAS, after continued negotiations, settlement was reached on March 15, 2018;

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiffs Khanly Saycon, Jr., Anna Luz Saycon, and Estate of Mharloun Saycon, and Defendant Vuong Nguyen, through their respective counsel, that this entire action should be dismissed with prejudice, with the Court retaining jurisdiction for the sole purpose of enforcing the settlement. Accordingly, the parties stipulate that the March 16, 2018, further Case Management Conference may be taken off calendar.

IT IS SO STIPULATED.

Dated:  March 15, 2018

Respectfully submitted,

LAW OFFICES OF C. JOE SAYAS, JR.
HADSELL STORMER & RENICK LLP

By:    /s/ - Caitlan McLoon[1]

Attorneys for Plaintiffs

///
///

---

[1] I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

<pre>
Case 2:16-cv-05614-JFW-AS   Document 225   Filed 03/15/18   Page 4 of 4   Page ID #:7292
</pre>


| | |
|---|---|
| Dated: March 15, 2018 | CHARLES PARKIN, City Attorney |
| | By:   /s/ - Howard Russell |
| | Deputy City Attorney |
| | Attorneys for Defendant Vuong Nguyen |
| Dated: March 15, 2018 | FERGUSON, PRAET & SHERMAN |
| | By:   /s/ - Peter J. Ferguson |
| | Peter J. Ferguson |
| | Allen Christiansen |
| | Attorneys for Defendant Vuong Nguyen |

JT STIP DISMISS ENTIRE ACTION      -2-