| | |
|---|---|
| Dan Stormer, Esq. [S.B. #101967]<br>Cindy Pánuco, Esq. [S.B. #266921]<br>Caitlan McLoon, Esq. [S.B. #302798]<br>HADSELL STORMER & RENICK LLP<br>128 N. Fair Oaks Avenue<br>Pasadena, California 91103<br>Tel: (626) 585-9600/Fax: (626) 577-7079<br>Emails: dstormer@hadsellstormer.com<br>       cpanuco@hadsellstormer.com<br>       cmcloon@hadsellstormer.com<br><br>C. Joe Sayas, Jr., Esq. [S.B. #122397]<br>Karl P. Evangelista, Esq. [S.B. #250685]<br>LAW OFFICES OF C. JOE SAYAS, JR.<br>500 N. Brand Blvd., Suite 980<br>Glendale, California 91203<br>Tel: (818) 291-0088/Fax: (818) 240-9955<br>Emails: cjs@joesayaslaw.com<br>       kpe@joesayaslaw.com<br><br>Attorneys for Plaintiffs<br><br>Howard Russell, Esq. [S.B. #163595]<br>Nicholas Masero, Esq. [S.B. #302989]<br>Office of the Long Beach City Attorney<br>333 West Ocean Blvd., 11th Floor<br>Long Beach, California 90802<br>Tel: (562) 570-2200/Fax: (562) 436-1579<br>Email: Howard.Russell@longbeach.gov<br>       nicholas.masero@longbeach.gov<br><br>Attorneys for Defendant Vuong Nguyen | Peter Ferguson, Esq.<br>Allen Christiansen, Esq.<br>FERGUSON, PRAET & SHERMAN, APC.<br>1631 E. 18th Street<br>Santa Ana, California 92705<br>Tel: (714) 953-5300/Fax: (714) 953-1143<br>emails: PeterFerg@aol.com<br>       achristiansen@law4cops.com<br><br>Attorneys for Vuong Nguyen |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHANLY SAYCON, JR., and ANNA LUZ SAYCON, individually and as surviving heirs and successors in interest of MHARLOUN SAYCON (deceased),<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>CITY OF LONG BEACH, ROBERT LUNA, VUONG NGUYEN, and ROBERT CRUZ,<br><br>　　　　Defendants. | Case No.: 2:16-cv-05614 JFW (ASx)<br><br>[Assigned to the Honorable John F. Walter - Courtroom 7A]<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT OF CASE**<br><br>Complaint filed:　　July 28, 2016<br>Trial Date:　　　　November 28, 2017 |

JS-6

| 1 | The Court having been advised by the counsel for the parties that the above-entitled action has |
| 2 | been settled, IT IS SO ORDERED that this action be and is hereby dismissed in its entirety with |
| 3 | prejudice, with the Court retaining jurisdiction for the sole purpose of enforcing the settlement. The |
| 4 | March 16, 2018, Case Management Conference is hereby taken off calendar. |

Dated: March 16, 2018

_____
HON. JOHN F. WALTER
United States District Judge